# EXHIBIT A

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Victor Page v. A.D. TRANSPORT EXPRESS, INC., Thorcam Allamy

| | |
|---|---|
| Case Number | 45D02-2108-CT-000807 |
| Court | Lake Superior Court, Civil Division 2 |
| Type | CT - Civil Tort |
| Filed | 08/18/2021 |
| Status | 08/18/2021 , Pending (active) |

## Parties to the Case

**Defendant** A.D. TRANSPORT EXPRESS, INC.,

Address
5601 Belleville Rd.
Canton, MI 48188

Attorney
Julie Rae Murzyn
*#2017398, Lead, Retained*

O'Neill McFadden & Willett, LLP
833 West Lincoln Highway
Suite 410W
Schererville, IN 46375
219-322-0450(W)

Attorney
Julie Rae Murzyn
*#2017398, Retained*

O'Neill McFadden & Willett, LLP
833 West Lincoln Highway
Suite 410W
Schererville, IN 46375
219-322-0450(W)

**Defendant** Allamy, Thorcam

Address
48681 S I-94 Service Drive
Apt. 302
Van Buren Township, MI 48111

Attorney
Julie Rae Murzyn
*#2017398, Lead, Retained*

O'Neill McFadden & Willett, LLP
833 West Lincoln Highway
Suite 410W
Schererville, IN 46375
219-322-0450(W)

Attorney
Julie Rae Murzyn
*#2017398, Retained*

O'Neill McFadden & Willett, LLP
833 West Lincoln Highway
Suite 410W
Schererville, IN 46375
219-322-0450(W)

Plaintiff    Page, Victor

Address
9008 S 51st Street
Oak Lawn, IL 60453

Attorney
Theodore Louis Stacy
*#1777664, Lead, Retained*

258 W. US HIGHWAY 6
Valparaiso, IN 46385
219-764-7054(W)

Attorney
Walter J Alvarez
*#238345, Retained*

1524 West 96th Avenue
Crown Point, IN 46307-0000
219-769-8555(W)

Attorney
Steven Joseph Alvarez
*#3027845, Retained*

1524 W 96th AVE
Crown Point, IN 46307
219-662-6400(W)

## Chronological Case Summary

08/18/2021  Case Opened as a New Filing

| | | |
|---|---|---|
| 08/19/2021 | **Appearance Filed** | |
| | Appearance Stacy, Alvarez | |
| | For Party: | Page, Victor |
| | File Stamp: | 08/18/2021 |
| 08/19/2021 | **Complaint/Equivalent Pleading Filed** | |
| | Victor Page Complaint | |
| | Filed By: | Page, Victor |
| | File Stamp: | 08/18/2021 |
| 08/19/2021 | **Subpoena/Summons Filed** | |
| | Summons A.D. Transport Filed | |
| | Filed By: | Page, Victor |
| | File Stamp: | 08/18/2021 |
| 08/19/2021 | **Subpoena/Summons Filed** | |
| | Summons Allamy Filed | |
| | Filed By: | Page, Victor |
| | File Stamp: | 08/18/2021 |
| 08/19/2021 | **Subpoena/Summons Filed** | |
| | Summons Allamy | |
| | Filed By: | Page, Victor |
| | File Stamp: | 08/19/2021 |
| 08/20/2021 | **Subpoena/Summons Filed** | |
| | ALIAS Summons Filed | |
| | Filed By: | Page, Victor |
| | File Stamp: | 08/20/2021 |
| 09/01/2021 | **Appearance Filed** | |
| | Appearance of JRM | |
| | For Party: | A.D. TRANSPORT EXPRESS, INC., |
| | For Party: | Allamy, Thorcam |
| | File Stamp: | 09/01/2021 |
| 09/01/2021 | **Motion Filed** | |
| | Notice of Automatic Extension of Time to File Responsive Pleadings | |
| | Filed By: | A.D. TRANSPORT EXPRESS, INC., |
| | Filed By: | Allamy, Thorcam |
| | File Stamp: | 09/01/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Page, Victor**
Plaintiff

Balance Due (as of 09/10/2021)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 185.00 | 0.00 | 185.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/19/2021 | Transaction Assessment | 157.00 |
| 08/19/2021 | Electronic Payment | (157.00) |
| 08/19/2021 | Transaction Assessment | 28.00 |
| 08/19/2021 | Electronic Payment | (28.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## IN THE LAKE CIRCUIT/SUPERIOR COURT

VICTOR PAGE,
    Plaintiff,

vs.

A.D. TRANSPORT EXPRESS, INC., and
THORCAM ALLAMY,
    Defendants.

### APPEARANCE

**Party Classification:**    Initiating x    Responding    Intervening

1. The undersigned now appear in this case for the following party members: Victor Page

2. Applicable information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: Theodore L. Stacy    Atty Number: 17776-64
Address: 258 W US Highway 6    Phone: (219) 764-7054
Valparaiso, IN 46385    Email Address: attorneyted@mac.com

Name: Walter J. Alvarez;    Atty. Number: 2383-45
Address: 1524 W. 96th Avenue    Phone Number: (219) 662-6400
Crown Point, IN 46307    Email: alvarezpclaw@aol.com

Steven J. Alvarez;    Atty. Number: 30278-45
Address: 1524 W. 96th Avenue    Phone Number: (219) 662-6400
Crown Point, IN 46307    Email: steven@gowithalvarez.com

3. There are other party members: Yes ___ No X

4. *If first initiating party filing this case*, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **CT**

5. I will accept service by FAX at the above noted number: Yes ___ No X

6. This case involves support issues. Yes ___ No X *(If yes, supply social security numbers for all family members on a separately attached page using **light green paper**. See form below.)*

7. There are related cases: Yes ___ No X *(If yes, list on continuation page.)*

8. This form has been served on all other parties and Certificate of Service is attached:
    Yes  No  Initial Pleading

9. Additional information required by local rule: None

                                            /s/ Theodore L. Stacy
                                            Theodore L. Stacy

| STATE OF INDIANA | : SS | Lake Superior Court, Civil Division 2 LAKE CIRCUIT/SUPERIOR COURT |
|---|---|---|
| COUNTY OF LAKE | | ~~2293 N MAIN STREET 46307~~ 3711 MAIN STREET ~~CROWN POINT, INDIANA~~ EAST CHICAGO, IN 46312 |

VICTOR PAGE,
    Plaintiff,

vs.

A.D. TRANSPORT EXPRESS, INC., and
THORCAM ALLAMY,

    Defendants.

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANTS: LAKE County Sheriff; serve Thorcam Allamy, c/o Warden, Porter County Jail, 2755 SR 49, Valparaiso, IN 46383

You have been sued by the person(s) identified as "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk. If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:   Sheriff

Attorney for Plaintiff:
Theodore L. Stacy
**Ind. Atty. No.: 17776-64**

of Counsel Walter J. Alvarez, P.C.
1524 W 96th Ave.
Crown Point, IN 46307
219.764.7064
attorneyted@mac.com

Date: 8/19/2021
*Lorenzo Arredondo*
**Lorenzo Arredondo**
CLERK LAKE COUNTY COURTS

BY: CG
    Deputy Clerk

(SEAL — LAKE COUNTY COURTS INDIANA)

I, _____, being first sworn on my oath, certify that on _____, 2021, I served this summons and complaint on the party named herein by delivering it into the custody of the summoned party or an adult named _____, who appeared to be over the age of eighteen 18 years and capable of understanding the nature of the service.

_____

Printed Name: _____

*****

I, _____, being first sworn on my oath, certify that on _____, 2021, I Mailed this summons and complaint to the party named herein by delivering it into the custody of the United State Post Office which delivered the documents herein and returned the Certified Return of Service.

_____

Printed Name: _____

STATE OF INDIANA      : SS      Lake Superior Court, Civil Division 2
LAKE CIRCUIT/SUPERIOR COURT
~~2293 N MAIN STREET 46307~~ 3711 MAIN STREET
COUNTY OF LAKE      ~~CROWN POINT, INDIANA~~ EAST CHICAGO, IN 46312

VICTOR PAGE,
    Plaintiff,

vs.

A.D. TRANSPORT EXPRESS, INC., and
THORCAM ALLAMY,

    Defendants.

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANTS: Mathew Percy, Agent for Service of Process, A.D. Transport Express., Inc., 5601 Belleville Rd., Canton, MI 48188

You have been sued by the person(s) identified as "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk. If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:    CERTIFIED MAIL

Attorney for Plaintiff:
Theodore L. Stacy
**Ind. Atty. No.: 17776-64**

of Counsel Walter J. Alvarez, P.C.
1524 W 96th Ave.
Crown Point, IN 46307
219.764.7064
attorneyted@mac.com

Date: 8/19/2021    *Lorenzo Arredondo*
**Lorenzo Arredondo**
CLERK LAKE COUNTY COURTS

BY:   CG
    Deputy Clerk

[SEAL — LAKE COUNTY COURTS INDIANA]

I, _____, being first sworn on my oath, certify that on _____, 2021, I served this summons and complaint on the party named herein by delivering it into the custody of the summoned party or an adult named _____, who appeared to be over the age of eighteen 18 years and capable of understanding the nature of the service.

_____

Printed Name: _____

*****

I, _____, being first sworn on my oath, certify that on _____, 2021, I Mailed this summons and complaint to the party named herein by delivering it into the custody of the United State Post Office which delivered the documents herein and returned the Certified Return of Service.

_____

Printed Name: _____

| | | |
|---|---|---|
| STATE OF INDIANA | : SS | LAKE CIRCUIT/SUPERIOR COURT |
| COUNTY OF LAKE | | 2293 N MAIN STREET 46307 |
| | | CROWN POINT, INDIANA |

VICTOR PAGE,
    Plaintiff,

vs.

A.D. TRANSPORT EXPRESS, INC., and
THORCAM ALLAMY,
    Defendants.

## VICTOR PAGE'S COMPLAINT

### Background

1. Victor Page ("Victor") was a patron of Pilot Travel Center, located at 243 U.S. Highway 20, Burns Harbor, Porter County, Indiana, at or about 8:45 P.M., on July 29, 2021, fueling a truck for his employer.

2. At the same time and place, Thorcam Allamy ("Allamy") was also a patron of the Pilot Travel Center while employed as a driver for A.D. Transport Express, Inc. ("A.D.")

3. While Allamy was at the Pilot Travel Center, he initiated a verbal confrontation with Victor that Allamy then escalated into a physical attack on Victor.

4. Allamy's attack on Victor including knocking Victor unconscious, stomping Victor while Victor was unconscious, stealing Victor's shoes, and then running over Victor with the semi-tractor trailer Allamy was driving away.

5. After leaving the initial attack, Allamy returned to the attack and punched the unconscious Victor in the face.

6. As a result of Allamy's attack, Victor suffered severe and life-altering injuries.

### COUNT ONE-BATTERY

7. Victor re-states paragraphs 1-6 and further alleges:

8. That at the time of the attack, Thorcam Allamy was an out-of-control person employed by

1

A.D. who attacked Victor over a trivial issue as justification for battering Victor and stealing his shoes.

9. That Allamy battered Victor and caused serious and life-changing injuries to Victor.

Wherefore, Victor Page **requests a Jury Trial** to assess liability and damages against Thorcam Allamy for battery, cost, attorneys' fees, and interest.

## COUNT TWO-NEGLIGENT EMPLOYMENT AND SUPERVISION

10. Victor re-states paragraphs 1-9 and further alleges:

11. That Thorcam Allamy was an employee truck driver for A.D. at all times relevant herein.

12. That A.D. is *respondeat superior* for all Allamy's acts that injured Victor.

13. That A.D. owed a duty to Victor and the public to not employ drivers who had mental issues that could result in volatile emotional behavior.

14. That A.D. owed a duty to Victor and the public to assess the emotional fitness of its drivers before allowing those drivers to be on the road for A.D.

15. That A.D. owed a duty to Victor and the public to train its drivers on the necessity of getting proper rest and controlling their emotions as a driver for A.D.

16. That A.D. owed a duty to Victor and the public to supervise its drivers to determine if they were getting proper rest, were emotionally sound, and if they were fit to be drivers for A.D. before putting those drivers on the road and into contact with other drivers and the public.

17. That A.D., owed a duty to Victor and the general public to schedule and monitor its drivers to ensure that they received proper rest and sleep to enable their calm interaction with the public and safe driving practices.

18. But for A.D. putting Allamy in the driver's seat of one of its trucks, Allamy would not have encountered Victor.

19. That A.D. breached one or more of the foregoing duties.

20. As a result of A.D.'s breach of the foregoing duties, its driver, Thorcam Allamy, attacked

2

*[handwritten: $25,000.00 — Bond.]*
*[handwritten: $2,500.00 —]*

Victor and caused severe and life-altering injuries.

Wherefore, Victor Page **requests a Jury Trial** to assess liability and damages against AD Transport Express, Inc., for cost, attorneys' fees, exemplary damages as allowed by the State Law of Michigan, and interest.

Respectfully submitted,

/s/ Theodore L. Stacy

Theodore L. Stacy
One of the Attorneys for Victor Page
of Counsel Walter J. Alvarez, P.C.
1524 W 96th Ave.
Crown Point, IN 46307
219.764.7064
attorneyted@mac.com

*[handwritten: Derval Phone Number 1-313-455-1585]*
*[handwritten: 5 DAYS]*

3

| STATE OF INDIANA | SS: | IN THE LAKE SUPERIOR COURT |
|---|---|---|
| COUNTY OF LAKE | | 3711 MAIN STREET<br>EAST CHICAGO, IN 46312 |

VICTOR PAGE

    Plaintiff,

v.

    CAUSE NO: 45D02-2108-CT-000807

A.D. TRANSPORT EXPRESS, INC., and
THORCAM ALLAMY,

    Defendant.

### APPEARANCE BY ATTORNEY IN CIVIL CASE
This Appearance Form must be filed on behalf of every party in a civil case.

1. The party on whose behalf this form is being filed is:
   Initiating ____ Responding  X  Intervening ____ ; and
   the undersigned attorney and all attorneys listed on this form now appear in this case for the
   following parties:  **A.D. TRANSPORT EXPRESS, INC., AND THORCAM ALLAMY**

2. Attorney information for service as required by Trial Rule 5(B)(2)
   Name:  Julie R. Murzyn  Atty Number:  20173-98

   Address:  O'Neill McFadden & Willett LLP, 833 West Lincoln Highway, Suite 410W, Schererville, IN 46375

   Phone:  219-322-0450  Fax:  219-322-0455

   Email Address:  jmurzyn@omwlegal.com

3. This is a _ case type as defined in administrative Rule 8(B)(3).
4. This case involves child support issues.  Yes ____ No  X
5. This case involves a protection from abuser order, a workplace violence restraining order or a no-contact order.  Yes ____ No  X
6. This case involves a petition for involuntary commitment.  Yes ____ No  X
7. There are related cases:  Yes ____ No  X
8. Additional information required by local rule: ____
9. There are other party members:  Yes  X  No ____
10. This form has been served on all other parties and Certificate of Service is  Yes  X  No ____

1

{00310827.docx}

attached:

‗‗‗ ‗‗
/s/ Julie R. Murzyn
‗‗‗ ‗‗
Attorney-at-Law (Attorney information shown above)

## CERTIFICATE OF SERVICE

I certify that on September 1, 2021, a copy of the foregoing pleadings or papers were served upon all attorneys of record/appropriate parties by electronic transmission/Indiana E-Filing System.

Theodore L. Stacy
Walter J. Alvarez, P.C.
1524 W. 96 the Ave.
Crown Point, IN 46307

**O'NEILL MCFADDEN & WILLETT LLP**

By: /s/ Julie R. Murzyn

{00310827.docx}

| STATE OF INDIANA | SS: | IN THE LAKE SUPERIOR COURT |
|---|---|---|
| COUNTY OF LAKE | | 3711 MAIN STREET<br>EAST CHICAGO, IN 46312 |

VICTOR PAGE

    Plaintiff,

v.

A.D. TRANSPORT EXPRESS, INC., and
THORCAM ALLAMY,

    Defendant.

CAUSE NO: 45D02-2108-CT-000807

## NOTICE OF AUTOMATIC EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Due to the timely filed Appearance by counsel for the Defendants, A.D. Transport Express, Inc., and Thorcam Allamy on September 1, 2021, notice is hereby given that A.D. Transport Express, Inc., and Thorcam Allamy's responsive pleading shall be due thirty (30) days from September 1, 2021, pursuant to LR 45-TR53.5-7(D), or on or before October 1, 2021.

Respectfully submitted,

O'NEILL MCFADDEN & WILLETT LLP

*/s/Julie R. Murzyn*
Julie R. Murzyn (20173-98)
833 West Lincoln Highway, Suite 410W
Schererville, IN 46375
Phone: (219) 322-0450
Fax: (219) 763-4650
Email: jmurzyn@omwlegal.com
*Attorney for Defendants, A.D. Transport Express, Inc., and Thorcam Allamy*

{00310863.docx}

## CERTIFICATE OF SERVICE

I certify that on September 1, 2021, a copy of the foregoing pleadings or papers were served upon all attorneys of record/appropriate parties by electronic transmission/Indiana E-Filing System.

Theodore L. Stacy
Walter J. Alvarez, P.C.
1524 W. 96 the Ave.
Crown Point, IN 46307

O'NEILL MCFADDEN & WILLETT LLP

By: /s/ Julie R. Murzyn

{00310863.docx}